Flack, Appellant, *v.* Johns et al.

Argued March 11, 1974. *Louis J. Adler,* for appellant; *Edward E. Knauss, III,* with him *James F. Carl* and *Metzger, Wickersham, Knauss & Erb,* for appellees.

Judgment affirmed.

Gaffney, Appellant, *v.* Monnoyer.

Argued March 22, 1974. *Anthony S. Guido,* for appellant; *Robert V. Maine,* with him *Maine and Fennell,* for appellee.

Order affirmed.

Gaskins *v.* Otis Elevator Company et al.,
Appellant.

Argued March 19, 1974. *Peter P. Liebert, 3rd,* with him *Liebert, Short, Fitzpatrick & Lavin,* for appellant; *Robert T. Lear,* for appellee.

Order affirmed.